IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| W.S., an individual proceeding under a pseudonym through his guardian ad litem BROOKS COOPER; and K.P., an individual proceeding under a pseudonym through his guardian ad litem BROOKS COOPER,<br><br>      Plaintiffs,<br><br>    v.<br><br>MOLLALA RIVER SCHOOL DISTRICT, an Oregon Public School District, authorized and chartered by the laws of the State of Oregon,<br><br>      Defendant. | No. 3:17-cv-01732-SB<br><br>ORDER |

HERNÁNDEZ, District Judge:

    Magistrate Judge Beckerman issued a Findings and Recommendation [63] on September 30, 2019, in which she recommends that the Court grant in part and deny in part Defendant's

motion for summary judgment. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court adopts Magistrate Judge Beckerman's Findings and Recommendation [63]. Accordingly, Defendant's motion for summary judgment [30] is GRANTED IN PART and DENIED IN PART.

IT IS SO ORDERED.

DATED this 15 day of Nov, 2019.

_____
MARCO A. HERNÁNDEZ
United States District Judge